Case5:10-cv-03634-JW   Document5   Filed08/18/10   Page1 of 2

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| DONGXIAO YUE | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. |
| 21st Century Insurance, a Delaware corporation; et al. | ) ) ) | 10-CV-3634 JL |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See attached page for the list of defendants

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   DONGXIAO YUE
2777 ALVARADO STR
STE C
SAN LEANDRO, CA 94577

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  AUG 1 8 2010                                                                   Tiffany Salinas-Harwell

*Signature of Clerk or Deputy Clerk*
Tiffany Salinas-Harwell

Summons in Civil Action – List of defendants

21st Century Insurance, 3 BEAVER RD, WILMINGTON DE 19803;

Accenture plc, 1345 Avenue of the Americas, New York, New York;

American International Group, Inc., 70 Pine Street, New York, New York;

Capital One Financial Corp., 1680 Capital One Drive Suite 1400, McLean, Virginia;

Citicorp Credit Services, Inc., 399 Park Avenue, New York, NY;

Canadian Imperial Bank of Commerce, Commerce Court, Toronto ON, Canada M5l 1A2;

Cox Communications, Inc., 1400 lake Hearn Drive, Atlanta, Georgia;

CVS Pharmacy, Inc., One CVS Drive, Woonsocket, RI;

Fair Isaac Corporation, 901 Marquette Avenue Suite 3200, Minneapolis, Minnesota;

Fairmont Raffles Hotels International Inc., Canadian Pacific Tower, 100 Wellington St., Toronto, Canada;

Fiserv, Inc., 255 FISERV DRIVE, BROOKFIELD, Wisconsin;

HCL Technologies Limited, 330 POTRERO DRIVE, SUNNYVALE CA 94085;

International Business Machines Corp., 1 New Orchard Road, Armonk, NY;

Insurance.com, 29000 AURORA RD, SOLON OH 44139;

JPMorgan Chase & Co., 270 Park Avenue, New York, NY;

Lloyds Tsb Bank Plc, 1095 Avenue of The Americas, 34th Fl, New York, NY;

Metapath Software International Inc., 777 109th Avenue NE, Suite 200, Bellevue, Washington, 98004;

Ness Technologies, Inc., 3 University Plaza, Suite 600, Hackensack, NJ 07601;

Ness Global Services, Inc., 160 Technology Drive Canonsburg, PA;

Principal Financial Group, Inc., 711 High Street, Des Moines, Iowa 50392;

priceline.com Incorporated, 800 Connecticut Avenue, Norwalk, CT;

Rogers AT&T Wireless, 333 Bloor Street East, Toronto, ON M4W 1G9, Canada;

Royal Bank of Scotland Group plc, 36 St, Andrew Square, Edinburgh, SCO EH2 2YB, United Kingdom;

Tata Consultancy Service Limited, Air India Blvd, Nariman Point 11th Fl, Mumbai India 400 021;

Thomson Reuters Corporation, 3 Times Square, New York, NY;

Texas Instruments Inc., 12500 TI Boulevard, Dallas, TX;

Time Warner Cable Inc., 60 Columbus Circle, New York, NY;

T-Mobile USA, Inc., 12920 SE 38th St., Bellevue, Washington;

United Parcel Service, Inc., 55 Glenlake Parkway NE, Atlanta, Georgia;

United Services Automobile Association, 9800 Fredericksburg Road, San Antonio, TX 78288;

Valued Services Holdings, LLC, Five Concourse Parkway, Suite 1000, Atlanta GA 30328;

VeriSign Inc., 487 East Middlefield Road, Mountain View, CA;

Wachovia Corporation, 301 S. College St., Ste. 4000, Charlotte, North Carolina;

Warner Music Group Corp., 75 Rockefeller Plaza, New York, NY