| | |
|---|---|
| 1 | LAURENCE F. PULGRAM (CSB NO. 115163) |
|   | lpulgram@fenwick.com |
| 2 | JEDEDIAH WAKEFIELD (CSB NO. 178058) |
|   | jwakefield@fenwick.com |
| 3 | MARY E. MILIONIS (CSB NO. 238827) |
|   | mmilionis@fenwick.com |
| 4 | LIWEN MAH (CSB NO. 239033) |
|   | lmah@fenwick.com |
| 5 | FENWICK & WEST LLP |
|   | 555 California Street, 12th Floor |
| 6 | San Francisco, California  94104 |
|   | Telephone: (415) 875-2300 |
| 7 | Facsimile:  (415) 281-1350 |
| 8 | Attorneys for Defendants |
|   | T-MOBILE USA, INC. AND UNITED SERVICES |
| 9 | AUTOMOBILE ASSOCIATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DONGXIAO YUE, an individual, | Case No. 10-cv-3634-JL |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| 21ST CENTURY INSURANCE et al., | |
| Defendants. | |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

## PROOF OF SERVICE

The undersigned declares as follows:

I am a citizen of the United States and employed in San Francisco County, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Fenwick & West LLP, 555 California Street, 12th Floor, San Francisco, California 94104. On the date set forth below, I served a copy of the following document(s):

1. Administrative Motion to Enlarge Time for Defendants to Respond to Complaint and for Expedited Consideration;
2. (Proposed) Order; and
3. Wakefield Declaration In Supp

on the interested parties in the subject action by placing a true copy thereof as indicated below, addressed as follows:

Dongxiao Yue
2777 Alvarado Street
Suite C
San Leandro, Ca 94577
Email: ydx@netbula.com

[X] **BY US MAIL:** by placing the document(s) listed above in a sealed envelope for collection and mailing following our ordinary business practices. I am readily familiar with our ordinary business practices for collecting and processing mail for the United States Postal Service, and mail that I place for collection and processing is regularly deposited with the United States Postal Service that same day with postage prepaid.

[X] **BY E-MAIL:** by causing to be transmitted via e-mail the document(s) listed above to the addressee(s) at the e-mail address(es) listed above.

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Date: September 7, 2010

Reba L. Williams-Jones

PROOF OF SERVICE                                                                 CASE NO. 10-cv-03634 JW