1  DONGXIAO YUE
   2777 ALVARADO ST., SUITE C
2  SAN LEANDRO, CA 94577
   Telephone:    (510) 396-0012
3  Facsimile:    (510) 291-2237
4  E-Mail:       ydx@netbula.com

5  *Pro Se*

**FILED**

SEP 0 7 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10 | DONGXIAO YUE,                    | Case Nos. 10-cv-3634-JW

11 |              Plaintiff,          | **OPPOSITION TO USAA AND T-MOBILE USA'S MOTION TO ENLARGE TIME**

12 | v.

13

14 | 21st Century Insurance, et al.,  | Judge: The Honorable James Ware

15

16 |              Defendants.

17

18

19        Plaintiff initiated this copyright infringement action for injunctive relief and damages.

20  Plaintiff opposes defendants USAA and T-Mobile USA ("T-Mobile")'s motion to enlarge time

21  (Docket No.7) for the following reasons:

22        1. Under the doctrine of claim preclusion, each defendant infringed Plaintiff's copyright.

23  *Bouchat v. Champion Prods*, 327 F.Supp.2d 537 (D. Md. 2003). Plaintiff continues to suffer

24  irreparable harm due to the massive infringement. Justice delayed is justice denied.

25

26

                                   -1-
27

28  Case No. 10-CV-3634-JW          OPPOSITION TO MOTION TO ENLARGE TIME

**2.** USAA and T-Mobile's counsel is not representing the other defendants. If other defendants wanted an extension, they could contact Plaintiff to seek a stipulation.

**3.** The 21-day set in the federal rules already includes the time for a defendant to appoint counsel and for its counsel to check conflicts.

**4.** The amount of extension USAA and T-Mobile seek is excessive or indefinite[1]. On September 1, 2010, Plaintiff offered USAA "a couple of weeks" of additional time. Plaintiff noted that he sent notices of the copyright claims to defendants back in June 2010. Yue's supporting declaration at ¶¶2-10. USAA and T-Mobile have not explained why so much more time is necessary.

**5.** USAA and T-Mobile did not deliver their motion to Plaintiff, as required by Civil Local Rule 6-2(b)[2][3]. Yue Declaration at ¶11.

For the foregoing reasons, Plaintiff opposes USAA and T-Mobile's motion for enlargement of time.

Respectfully submitted,

DATED: September 7, 2010

Dongxiao Yue
Plaintiff

---

[1] USAA's proposed order: "all defendants in this action shall respond to the complaint in this action by the later of November 1, 2010, or within 21 days after the completion of proper service on all named defendants in this case."

[2] Civil Local Rule 6-2(b): "A party filing a motion to enlarge or shorten time must deliver a copy of the motion, proposed order and supporting declaration to all other parties on the day the motion is filed." Civil Local Rule 5-6(b): the Court may disregard a motion due to lack of service.

[3] The Court has not yet granted Plaintiff's motion to e-file in this action. Thus, Plaintiff does not receive electronic notices of filings.

-2-

Case No. 10-CV-3634-JW                    OPPOSITION TO MOTION TO ENLARGE TIME