DONGXIAO YUE
2777 ALVARADO ST., SUITE C
SAN LEANDRO, CA 94577
Telephone: (510) 396-0012
Facsimile: (510) 291-2237
E-Mail: ydx@netbula.com

*Pro Se*

**FILED**

SEP 07 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONGXIAO YUE,<br><br>Plaintiff,<br><br>v.<br><br>21st Century Insurance, et al.,<br><br>Defendants. | Case Nos. 10-cv-3634-JW<br><br>**DECLARATION OF DONGXIAO YUE IN OPPOSITION TO USAA AND T-MOBILE USA'S MOTION TO ENLARGE TIME**<br><br>Judge: The Honorable James Ware |

I, DONGXIAO YUE, declare:

1. I am the Plaintiff of this case. I have personal knowledge of the facts I am about to state and, if called on to do so, I could competently testify to those facts.

2. In June 2010, I sent notices of copyright infringement claims to the defendants. My record shows that most if not all of the defendants received my notice letters.

3. I also sent letters regarding these claims to Pegasystems, Inc.

4. On August 17, 2010, having received no responses from Pegasystems, I filed this lawsuit.

-1-

Case No. 10-CV-3634-JW

YUE DECLARATION IN
OPPOSITION TO MOTION TO ENLARGE TIME

5. On September 1, 2010, Mr. Jedediah Wakefield telephoned me about the time for filing response to the complaint. Mr. Wakefield told me that he would be representing USAA.

6. I do not believe that Mr. Wakefield told me that he also represented T-Mobile USA during the telephone conversation.

7. In the same telephone conversation, Mr. Wakefield told me that he would not be representing all defendants.

8. I told Mr. Wakefield that I could only discuss with him about the defendants he represented. The other defendants had their in-house or outside counsel, if they desired to reach certain stipulation, they could contact me directly.

9. I offered USAA an extension of "a couple of weeks". I told Mr. Wakefield that I did not see the need for a longer extension, because (1) the federal rules' 21-day response time is reasonable; (2) I provided defendants notices of the claims long time ago; (3) Mr. Wakefield is very familiar with the case. Mr. Wakefield seemed to have agreed with me on these points.

10. I did not receive further communications from Mr. Wakefield or his colleagues after September 1, 2010.

11. I did not receive USAA and T-Mobile USA's motion to enlarge time field on September 2, 2010. I was unaware of this motion until today.

I declare under penalty of perjury of the laws of the State of California and the federal laws that the forgoing declaration is true and correct to the best of my knowledge. This declaration was executed in San Leandro, California, on September 7, 2010.

*/s/ DONGXIAO YUE*

-2-

Case No. 10-CV-3634-JW

YUE DECLARATION IN OPPOSITION TO MOTION TO ENLARGE TIME