**\*E-FILED 09-08-2010\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONGXIAO YUE, | No. C10-03634 JW (HRL) |
| Plaintiff, | |
| v. | **ORDER OF RECUSAL** |
| 21ST CENTURY INSURANCE, et al., | |
| Defendants. | |

I hereby recuse myself from hearing or determining any matters in the above-entitled action. The Clerk of the Court shall randomly reassign this case to another magistrate judge for discovery matters.

Dated: September 8, 2010

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:10-cv-03634-JW Notice has been electronically mailed to:

2  Jedediah Wakefield    jwakefield@fenwick.com, docketcalendarrequests@fenwick.com, rjones@fenwick.com

3

4  Liwen Arius Mah    lmah@fenwick.com, docketcalendarrequests@fenwick.com, jphan@fenwick.com, kragab@fenwick.com, rjones@fenwick.com

5  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

6

7  5:10-cv-03634-JW Notice mailed to:

8  Dongxiao Yue
   2777 Alvarado Street, Suite C
9  San Leandro, CA 94577

**United States District Court**
For the Northern District of California

2