```
DONGXIAO YUE
2777 ALVARADO ST., SUITE C
SAN LEANDRO, CA 94577
Telephone:   (510) 396-0012
Facsimile:   (510) 291-2237
E-Mail:      ydx@netbula.com
```

*Pro Se*

**FILED**

SEP 0 7 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONGXIAO YUE,<br><br>        Plaintiff,<br><br>v.<br><br>21st Century Insurance, et al.,<br><br>        Defendants. | Case Nos. 10-cv-3634-JW<br><br>**PLAINTIFF'S AMENDED ADMINISTRATIVE MOTION TO E-FILE** (amends Docket No. 2)<br><br>Judge: The Honorable James Ware |

-1-

Case No. 10-CV-3634-JW        MOTION TO E-FILE

1     Pro Se Plaintiff Dongxiao Yue has the necessary computer hardware and software and meets the other technical requirements for E-FILING. Allowing Plaintiff to e-file would reduce the cost for the Court and the parties and facilitate effective communications among the Court and the parties.

    The Court had previously granted Yue the permission to e-file in the related Yue v. Chordiant (Case #: C08-0019-JW) case.

    Pursuant to the instructions on ECF Registration for Pro Se parties on the ECF web site[1] of the Northern District of California, Plaintiff respectfully requests the Court to grant permission for Dr. Yue to E-FILE in the instant case.

    Respectfully submitted,

Dated: September 7, 2010

_____
DONGXIAO YUE (*Pro Se*)

---

[1] https://ecf.cand.uscourts.gov/cand/newreg/reg-pro-se-reg.htm

-2-

Case No. 10-CV-3634-JW      MOTION TO E-FILE