```
 1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
      David Eiseman (Bar No. 114758)
 2    James Judah (Bar No. 257112)
    50 California Street, 22nd Floor
 3  San Francisco, California 94111
    Telephone:    (415) 875-6600
 4  Facsimile     (415) 875-6700
    Email: davideiseman@quinnemanuel.com
 5         jamesjudah@quinnemanuel.com

 6  Attorneys for Defendant International Business
    Machines Corporation
 7
```

| | |
|---|---|
| 8 | UNITED STATES DISTRICT COURT |
| 9 | NORTHERN DISTRICT OF CALIFORNIA |
| 10 | SAN FRANCISCO DIVISION |

| | |
|---|---|
| DONGXIAO YUE, | CASE NO. CV-10-03634 JL |
| Plaintiff, | **DEFENDANT INTERNATIONAL BUSINESS MACHINES CORPORATION'S JOINDER IN DEFENDANTS T-MOBILE, USA INC. AND UNITED SERVICES AUTOMOBILE ASSOCIATION'S ADMINISTRATIVE MOTION TO ENLARGE TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND FOR EXPEDITED CONSIDERATION** |
| vs. | |
| 21st Century Insurance, a Delaware corporation; Accenture plc, a British company; American International Group, Inc., a Delaware corporation; Capital One Financial Corp., a Delaware corporation; Citicorp Credit Services, Inc., a Delaware corporation; Canadian Imperial Bank of Commerce, a Canadian company; Cox Communications, Inc., a Delaware corporation; CVS Pharmacy, Inc., a Rhode Island corporation; Fair Isaac Corporation, a Delaware corporation; Fairmont Raffles Hotels International Inc., a Canadian Company; Fiserv, Inc., a Wisconsin corporation; HCL Technologies Limited, an Indian company; International Business Machines Corp., a New York corporation; Insurance.com, an Ohio company; JPMorgan Chase & Co., a Delaware corporation; Lloyds Tsb Bank Plc, a British company; Metapath Software International Inc., a Delaware corporation; Ness Technologies, Inc., a Delaware corporation; Ness Global Services, Inc., a Pennsylvania corporation; Principal Financial Group, Inc., a Delaware corporation; priceline.com Incorporated, a Delaware corporation; Rogers AT&T Wireless), a Canadian company; Royal Bank of Scotland, a Scottish corporation; Tata Consultancy Service | |

00889.51702/3668553.1

DEFENDANT IBM'S JOINDER IN DEFENDANTS T-MOBILE, USA INC. AND UNITED SERVICES AUTOMOBILE ASSOCIATION'S ADMINISTRATIVE MOTION TO ENLARGE TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND FOR EXPEDITED CONSIDERATION -- CASE NO. CV-10-03634 JL

1  Limited, an Indian company; Thomson Reuters Corporation, a Delaware corporation;
2  Texas Instruments Inc., a Delaware corporation; Time Warner Cable Inc., a
3  Delaware corporation; T-Mobile USA, Inc., a Delaware Corporation; United Parcel Service,
4  Inc., a Delaware corporation; United Services Automobile Association, a Texas corporation;
5  Valued Services Holdings, LLC, a Georgia limited liability company; VeriSign Inc., a
6  Delaware corporation; Wachovia Corporation, a North Carolina corporation; Warner Music
7  Group Corp., a Delaware corporation; and DOES 1-500, inclusive,
8  
          Defendants.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

00889.51702/3668553.1

DEFENDANT IBM'S JOINDER IN DEFENDANTS T-MOBILE, USA INC. AND UNITED SERVICES AUTOMOBILE ASSOCIATION'S ADMINISTRATIVE MOTION TO ENLARGE TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND FOR EXPEDITED CONSIDERATION -- CASE NO. CV-10-03634 JL

Defendant International Business Machines Corporation ("IBM") hereby joins in the motion brought by defendants T-Mobile USA Inc. and United Services Automobile Association to enlarge time for Defendants to respond to the complaint until the later of November 1, 2010, or until after all of the thirty-four defendants named in this action have been served (Dkt. No. 7).

DATED:  September 8, 2010              QUINN EMANUEL URQUHART & SULLIVAN, LLP


                                        By  /s/ David Eiseman
                                            David Eiseman

                                            Attorneys for Defendant International Business Machines Corporation

-1-

DEFENDANT IBM'S JOINDER IN DEFENDANTS T-MOBILE, USA INC. AND UNITED SERVICES AUTOMOBILE ASSOCIATION'S ADMINISTRATIVE MOTION TO ENLARGE TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND FOR EXPEDITED CONSIDERATION -- CASE NO. CV-10-03634 JL

00889.51702/3668553.1