| | |
|---|---|
| 1 | Harold H. Davis, Jr. (CSB NO. 235552)<br>harold.davis@klgates.com |
| 2 | K&L Gates LLP<br>Four Embarcadero Center, Suite 1200 |
| 3 | San Francisco, California 94111<br>Telephone: (415) 882-8200 |
| 4 | Facsimile: (415) 882-8220 |
| 5 | Attorneys for Defendants<br>REGENTS PLACE LLC F/K/A METAPATH SOFTWARE |
| 6 | INTERNATIONAL INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONGXIAO YUE,<br><br>                    Plaintiff,<br><br>v.<br><br>21ST CENTURY INSURANCE, a Delaware corporation; ACCENTURE PLC, a British company; AMERICAN INTERNATIONAL GROUP, INC., a Delaware corporation; CAPITAL ONE FINANCIAL CORP., a Delaware corporation; CITICORP CREDIT SERVICES, INC., a Delaware corporation; CANADIAN IMPERIAL BANK OF COMMERCE, a Canadian company; COX COMMUNICATIONS, INC., a Delaware corporation; CVS PHARMACY, INC., a Rhode Island corporation; FAIR ISAAC CORPORATION, a Delaware corporation; FAIRMONT RAFFLES HOTELS INTERNATIONAL INC., a Canadian Company; FISERV, INC., a Wisconsin corporation; HCL TECHNOLOGIES LIMITED, an Indian company; INTERNATIONAL BUSINESS MACHINES CORP., a New York corporation; INSURANCE.COM, an Ohio company; JPMORGAN CHASE & CO., a Delaware corporation; LLOYDS TSB BANK PLC, a British company; METAPATH SOFTWARE INTERNATIONAL INC., a Delaware corporation; NESS | Case No. 10-cv-3634-JW (PVT)<br><br>**JOINDER OF MOTION & MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND LACK OF STANDING; TO STRIKE STATUTORY DAMAGES AND FEES AND COSTS**<br><br>[FED. R. CIV. PROC. 12(b)(1), 12(b)(6), 12(f), 17(a)]<br><br>Date:        February 14, 2011<br>Time:       9:00 A.M.<br>Courtroom: 8, 4th Floor<br>Judge:      Honorable James Ware |

MOTION TO DISMISS AND TO STRIKE
CLAIMS FOR ACTUAL & STATUTORY
DAMAGES & ATTORNEYS' FEES

CASE NO. 10-CV-3634-JW (PVT)

| | |
|---|---|
| 1 | TECHNOLOGIES, INC., a Delaware corporation; NESS GLOBAL SERVICES, INC., a Pennsylvania corporation; PRINCIPAL FINANCIAL GROUP, INC., a Delaware corporation; PRICELINE.COM INCORPORATED, a Delaware corporation; ROGERS AT&T WIRELESS, a Canadian company; ROYAL BANK OF SCOTLAND, a Scottish corporation; TATA CONSULTANCY SERVICE LIMITED, an Indian company; THOMSON REUTERS CORPORATION, a Delaware corporation; TEXAS INSTRUMENTS INC., a Delaware corporation; TIME WARNER CABLE INC., a Delaware corporation; T-MOBILE USA, INC., a Delaware Corporation; UNITED PARCEL SERVICE, INC., a Delaware corporation; UNITED SERVICES AUTOMOBILE ASSOCIATION, a Texas corporation;[1] VALUED SERVICES HOLDINGS, LLC, a Georgia limited liability company; VERISIGN INC., a Delaware corporation; WACHOVIA CORPORATION, a North Carolina corporation; WARNER MUSIC GROUP CORP., a Delaware corporation; and DOES 1-500, inclusive, |
| | Defendants. |

JOINDER OF MOTION TO DISMISS AND TO STRIKE CLAIMS FOR ACTUAL & STATUTORY DAMAGES & ATTORNEYS' FEES

CASE NO. 10-CV-3634-JW (PVT)

## NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE that Regents Place LLC, as a potential defendant to the extent that any liability that can be traced to Regents Place LLC for METAPATH SOFTWARE INTERNATIONAL INC hereby join in Defendants' 21 Century Insurance Group et al.'s Motion to dismiss and to strike claims for actual and statutory damages and attorney's fees.

Dated: November 1, 2010               K&L GATES LLP

                                      By  /S/  Harold H. Davis Jr. /S/
                                               Harold H. Davis, Jr.

                                      Attorneys for Regents Place LLC