| | |
|---|---|
| 1 | LAURENCE F. PULGRAM (CSB NO. 115163) |
|   | lpulgram@fenwick.com |
| 2 | JEDEDIAH WAKEFIELD (CSB NO. 178058) |
|   | jwakefield@fenwick.com |
| 3 | MARY E. MILIONIS (CSB NO. 238827) |
|   | mmilionis@fenwick.com |
| 4 | LIWEN MAH (CSB NO. 239033) |
|   | lmah@fenwick.com |
| 5 | FENWICK & WEST LLP |
|   | 555 California Street, 12th Floor |
| 6 | San Francisco, California  94104 |
|   | Telephone: (415) 875-2300 |
| 7 | Facsimile:  (415) 281-1350 |
| 8 | Attorneys for Defendants |
|   | 21st CENTURY INSURANCE CO., ACCENTURE PLC, AMERICAN |
| 9 | INTERNATIONAL GROUP, INC.; CANADIAN IMPERIAL BANK OF |
|   | COMMERCE; CAPITAL ONE FINANCIAL CORP.; CITICORP |
| 10 | CREDIT SERVICES, INC. (USA); COX COMMUNICATIONS, INC.; |
|   | CVS PHARMACY, INC.; FAIR ISAAC CORP.; FAIRMONT RAFFLES |
| 11 | HOTELS INTERNATIONAL INC.; HCL TECHNOLOGIES LTD.; |
|   | COMPARISON MARKET GROUP, INC. F/K/A INSURANCE.COM; |
| 12 | JPMORGAN CHASE BANK; LLOYDS TSB BANK PLC; NESS |
|   | TECHNOLOGIES, INC.; NESS GLOBAL SERVICES, INC.; |
| 13 | PRINCIPAL FINANCIAL GROUP, INC.; PRICELINE.COM INC.; |
|   | REGENTS PLACE LLC, A SUCCESSOR TO METAPATH SOFTWARE |
| 14 | INTERNATIONAL INC.; ROGERS COMMUNICATIONS |
|   | PARTNERSHIP; ROYAL BANK OF SCOTLAND; TATA |
| 15 | CONSULTANCY SERVICES, LTD.; THOMSON REUTERS |
|   | HEALTHCARE INC.; TIME WARNER CABLE, INC.; UNITED |
| 16 | PARCEL SERVICE, INC.; UNITED SERVICES AUTOMOBILE |
|   | ASSOCIATION; AND PURPOSE SOLUTIONS, LLC F/K/A VALUED |
| 17 | SERVICES HOLDINGS, LLC. |
| 18 | [ADDITIONAL COUNSEL LISTED ON |
|   |  SIGNATURE PAGE] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONGXIAO YUE, | Case No. 10-cv-3634-JW (PSG) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE ON MOTIONS TO DISMISS (DKT. NOS. 95 & 100) AND SETTING BRIEFING SCHEDULE** |
| v. | |
| 21ST CENTURY INSURANCE, a Delaware corporation; ACCENTURE PLC, a company; AMERICAN INTERNATIONAL GROUP, INC., a Delaware corporation; CAPITAL ONE FINANCIAL | |

CORP., a Delaware corporation; CITICORP CREDIT SERVICES, INC. (USA), a Delaware corporation; CANADIAN IMPERIAL BANK OF COMMERCE, a Canadian company; COX COMMUNICATIONS, INC., a Delaware corporation; CVS PHARMACY, INC., a Rhode Island corporation; FAIR ISAAC CORPORATION, a Delaware corporation; FAIRMONT RAFFLES HOTELS INTERNATIONAL INC., a Canadian Company; FISERV, INC., a Wisconsin corporation; HCL TECHNOLOGIES LIMITED, an Indian company; INTERNATIONAL BUSINESS MACHINES CORP., a New York corporation; INSURANCE.COM, an Ohio company; JPMORGAN CHASE BANK,[1] a New York corporation; LLOYDS TSB BANK PLC, a British company; METAPATH SOFTWARE INTERNATIONAL INC., a Delaware corporation; NESS TECHNOLOGIES, INC., a Delaware corporation; NESS GLOBAL SERVICES, INC., a Pennsylvania corporation; PRINCIPAL FINANCIAL GROUP, INC., a Delaware corporation; PRICELINE.COM INCORPORATED, a Delaware corporation; ROGERS COMMUNICATIONS, INC., a Canadian company; ROYAL BANK OF SCOTLAND, a Scottish corporation; TATA CONSULTANCY SERVICE LIMITED, an Indian company; THOMSON REUTERS HEALTHCARE INC., a corporation; TEXAS INSTRUMENTS INC., a Delaware corporation; TIME WARNER CABLE INC., a Delaware corporation; T-MOBILE USA, INC., a Delaware Corporation; UNITED PARCEL SERVICE, INC., a Delaware corporation; UNITED SERVICES AUTOMOBILE ASSOCIATION, a financial services company; VALUED SERVICES HOLDINGS, LLC, a Georgia limited liability company; VERISIGN INC., a Delaware corporation; WACHOVIA CORPORATION, a North Carolina corporation; WARNER MUSIC GROUP CORP., a Delaware corporation; and DOES 1-500, inclusive,

                Defendants.

---

[1] Despite Plaintiff's caption, JP Morgan Bank N.A. notes that it is not a New York corporation, and Rogers Communications notes that it is not incorporated. Plaintiff's amendment changed JP Morgan Chase & Co. to JP Morgan Chase Bank, Thomson Reuters Corp. to Thomson Reuters Healthcare Inc., Rogers AT&T Wireless to Rogers Communication, Inc., and Citicorp Credit Services, Inc. to Citicorp Credit Services, Inc. (USA).

STIPULATION AND [PROPOSED] ORDER                                            CASE NO. 10-cv-3634-JW (PVT)

WHEREAS the Parties have agreed to conduct a mediation, currently scheduled for March 30, 2011;

WHEREAS Defendants have filed two motions to dismiss (Dkt. Nos. 95 & 100) that are currently set for hearing on March 7, 2011;

WHEREAS the Parties have conferred and believe that mediation will be more effective if the parties continue the hearing and briefing on the Motions to Dismiss, and focus their efforts on mediation;

NOW THEREFORE, IT IS STIPULATED BY THE UNDERSIGNED PARTIES that:

1. The hearing date on Defendants' Motions to Dismiss (Dkt. Nos. 95 & 100) shall be continued to May 2, 2011;
2. Plaintiff's deadline to file oppositions to those Motions to Dismiss shall be April 4, 2011;
3. Defendants' deadline to file reply briefs in support of those Motions to Dismiss shall be April 18, 2011;
4. Defendants shall not amend their Motions to Dismiss or file any further motions to dismiss during the interim.

SO STIPULATED.

| | |
|---|---|
| 1  February 11, 2011 | FENWICK & WEST LLP |
| 2 | |
| 3 | By  /s/ *Jedediah Wakefield* |
|   | Jedediah Wakefield |
| 4 | Attorneys for Defendants |
| 5 | 21st CENTURY INSURANCE CO., ACCENTURE PLC, AMERICAN INTERNATIONAL GROUP, INC.; CANADIAN IMPERIAL BANK OF COMMERCE; CAPITAL ONE FINANCIAL CORP.; CITICORP CREDIT SERVICES, INC. (USA); COX COMMUNICATIONS, INC.; CVS PHARMACY, INC.; FAIR ISAAC CORP.; FAIRMONT RAFFLES HOTELS INTERNATIONAL INC.; HCL TECHNOLOGIES LTD.; COMPARISON MARKET GROUP, INC. F/K/A INSURANCE.COM; JPMORGAN CHASE BANK; LLOYDS TSB BANK PLC; NESS TECHNOLOGIES, INC.; NESS GLOBAL SERVICES, INC.; PRINCIPAL FINANCIAL GROUP, INC.; PRICELINE.COM INC.; REGENTS PLACE LLC, A SUCCESSOR TO METAPATH SOFTWARE INTERNATIONAL INC.; ROGERS COMMUNICATIONS PARTNERSHIP; ROYAL BANK OF SCOTLAND; TATA CONSULTANCY SERVICES, LTD.; THOMSON REUTERS HEALTHCARE INC.; TIME WARNER CABLE, INC.; UNITED PARCEL SERVICE, INC.; UNITED SERVICES AUTOMOBILE ASSOCIATION; AND PURPOSE SOLUTIONS, LLC F/K/A VALUED SERVICES HOLDINGS, LLC |
| 17 | [PARTIES AND ADDITIONAL COUNSEL LISTED ON FOLLOWING PAGES] |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| | | |
|---|---|---|
| 1 | February 11, 2011 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 3 | | By    */s/ David Eiseman* |
| | | David Eiseman |
| 5 | | DAVID EISEMAN (CSB No. 114758) |
| | | davideiseman@quinnemanuel.com |
| | | JAMES JUDAH (CSB No. 257112) |
| | | jamesjudah@quinnemanuel.com |
| | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | | 50 California Street, 22nd Floor |
| | | San Francisco, California 94111 |
| | | Telephone: (415) 875-6600 |
| | | Facsimile (415) 875-6700 |
| | | |
| | | Attorneys for Defendant |
| | | INTERNATIONAL BUSINESS MACHINES CORP. |
| 14 | February 11, 2011 | FARELLA BRAUN & MARTEL LLP |
| | | |
| | | By    */s/ Stephanie P. Skaff* |
| | | Stephanie P. Skaff |
| | | |
| | | STEPHANIE P. SKAFF (CSB NO. 183119) |
| | | sskaff@fbm.com |
| | | PAUL A. ALSDORF (CSB NO. 241168) |
| | | palsdorf@fbm.com |
| | | FARELLA BRAUN & MARTEL LLP |
| | | 235 Montgomery Street |
| | | San Francisco, CA 94104 |
| | | Telephone: (415) 954-4400 |
| | | Facsimile: (415) 954-4480 |
| | | |
| | | Attorneys for Defendants |
| | | FISERV, INC., T-MOBILE USA, INC., AND VERISIGN, INC. |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER     3     CASE NO. 10-cv-3634-JW (PVT)

| | |
|---|---|
| February 11, 2011 | MORRISON & FOERSTER LLP |
| | By  */s/ Lynn M. Humphreys*<br>Lynn M. Humphreys |
| | MICHAEL A. JACOBS (CSB NO. 111664)<br>mjacobs@mofo.com<br>LYNN M. HUMPHREYS (CSB NO. 168062)<br>lhumphreys@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA  94105-2482<br>Telephone: (415) 268-7000<br>Facsimile:  (415) 268-7522 |
| | Attorneys for Defendants<br>TEXAS INSTRUMENTS INC., WARNER MUSIC GROUP CORP., AND WELLS FARGO & CO. (SUCCESSOR IN INTEREST TO WACHOVIA CORP.) |
| February 11, 2011 | DONGXIAO YUE |
| | By  */s/ Dongxiao Yue*<br>Dongxiao Yue |
| | Plaintiff (Pro Se) |

### **ATTORNEY ATTESTATION**

Pursuant to General Order 45, I hereby attest that concurrence in the filing of this document has been obtained from the signatories indicated by a 'conformed' signature (/S/) within this e-filed document.

| | |
|---|---|
| February 11, 2011 | FENWICK & WEST LLP |
| | By  */s/ Jedediah Wakefield*<br>Jedediah Wakefield |


# [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 16, 2011        By: _/s/ James Ware_____
                                    Honorable James Ware