LAURENCE F. PULGRAM (CSB NO. 115163)
lpulgram@fenwick.com
JEDEDIAH WAKEFIELD (CSB NO. 178058)
jwakefield@fenwick.com
MARY E. MILIONIS (CSB NO. 238827)
mmilionis@fenwick.com
LIWEN MAH (CSB NO. 239033)
lmah@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendants
21st CENTURY INSURANCE CO., ACCENTURE PLC, AMERICAN INTERNATIONAL GROUP, INC.; CANADIAN IMPERIAL BANK OF COMMERCE; CAPITAL ONE FINANCIAL CORP.; CITICORP CREDIT SERVICES, INC. (USA); COX COMMUNICATIONS, INC.; CVS PHARMACY, INC.; FAIR ISAAC CORP.; FAIRMONT RAFFLES HOTELS INTERNATIONAL INC.; HCL TECHNOLOGIES LTD.; COMPARISON MARKET GROUP, INC. F/K/A INSURANCE.COM; JPMORGAN CHASE BANK; LLOYDS TSB BANK PLC; NESS TECHNOLOGIES, INC.; NESS GLOBAL SERVICES, INC.; PRINCIPAL FINANCIAL GROUP, INC.; PRICELINE.COM INC.; REGENTS PLACE LLC, A SUCCESSOR TO METAPATH SOFTWARE INTERNATIONAL INC.; ROGERS COMMUNICATIONS PARTNERSHIP; ROYAL BANK OF SCOTLAND; TATA CONSULTANCY SERVICES, LTD.; THOMSON REUTERS HEALTHCARE INC.; TIME WARNER CABLE, INC.; UNITED PARCEL SERVICE, INC.; UNITED SERVICES AUTOMOBILE ASSOCIATION; AND PURPOSE SOLUTIONS, LLC F/K/A VALUED SERVICES HOLDINGS, LLC.

[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONGXIAO YUE,<br><br>Plaintiff,<br><br>v.<br><br>21ST CENTURY INSURANCE, a Delaware corporation; ACCENTURE PLC, a company; AMERICAN INTERNATIONAL GROUP, INC., a Delaware corporation; CAPITAL ONE FINANCIAL | Case No. 10-cv-3634-JW (PVT)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

CORP., a Delaware corporation; CITICORP CREDIT SERVICES, INC. (USA), a Delaware corporation; CANADIAN IMPERIAL BANK OF COMMERCE, a Canadian company; COX COMMUNICATIONS, INC., a Delaware corporation; CVS PHARMACY, INC., a Rhode Island corporation; FAIR ISAAC CORPORATION, a Delaware corporation; FAIRMONT RAFFLES HOTELS INTERNATIONAL INC., a Canadian Company; FISERV, INC., a Wisconsin corporation; HCL TECHNOLOGIES LIMITED, an Indian company; INTERNATIONAL BUSINESS MACHINES CORP., a New York corporation; INSURANCE.COM, an Ohio company; JPMORGAN CHASE BANK,[1] a New York corporation; LLOYDS TSB BANK PLC, a British company; METAPATH SOFTWARE INTERNATIONAL INC., a Delaware corporation; NESS TECHNOLOGIES, INC., a Delaware corporation; NESS GLOBAL SERVICES, INC., a Pennsylvania corporation; PRINCIPAL FINANCIAL GROUP, INC., a Delaware corporation; PRICELINE.COM INCORPORATED, a Delaware corporation; ROGERS COMMUNICATIONS, INC., a Canadian company; ROYAL BANK OF SCOTLAND, a Scottish corporation; TATA CONSULTANCY SERVICE LIMITED, an Indian company; THOMSON REUTERS HEALTHCARE INC., a corporation; TEXAS INSTRUMENTS INC., a Delaware corporation; TIME WARNER CABLE INC., a Delaware corporation; T-MOBILE USA, INC., a Delaware Corporation; UNITED PARCEL SERVICE, INC., a Delaware corporation; UNITED SERVICES AUTOMOBILE ASSOCIATION, a financial services company; VALUED SERVICES HOLDINGS, LLC, a Georgia limited liability company; VERISIGN INC., a Delaware corporation; WACHOVIA CORPORATION, a North Carolina corporation; WARNER MUSIC GROUP CORP., a Delaware corporation; and DOES 1-500, inclusive,

Defendants.

---

[1] Despite Plaintiff's caption, JP Morgan Bank N.A. notes that it is not a New York corporation, and Rogers Communications notes that it is not incorporated. Plaintiff's amendment changed JP Morgan Chase & Co. to JP Morgan Chase Bank, Thomson Reuters Corp. to Thomson Reuters Healthcare Inc., Rogers AT&T Wireless to Rogers Communication, Inc., and Citicorp Credit Services, Inc. to Citicorp Credit Services, Inc. (USA).

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own fees and costs.

SO STIPULATED.

April 13, 2011

FENWICK & WEST LLP

By */s/ Jedediah Wakefield*
Jedediah Wakefield

Attorneys for Defendants
21st CENTURY INSURANCE CO., ACCENTURE PLC, AMERICAN INTERNATIONAL GROUP, INC.; CANADIAN IMPERIAL BANK OF COMMERCE; CAPITAL ONE FINANCIAL CORP.; CITICORP CREDIT SERVICES, INC. (USA); COX COMMUNICATIONS, INC.; CVS PHARMACY, INC.; FAIR ISAAC CORP.; FAIRMONT RAFFLES HOTELS INTERNATIONAL INC.; HCL TECHNOLOGIES LTD.; COMPARISON MARKET GROUP, INC. F/K/A INSURANCE.COM; JPMORGAN CHASE BANK; LLOYDS TSB BANK PLC; NESS TECHNOLOGIES, INC.; NESS GLOBAL SERVICES, INC.; PRINCIPAL FINANCIAL GROUP, INC.; PRICELINE.COM INC.; REGENTS PLACE LLC, A SUCCESSOR TO METAPATH SOFTWARE INTERNATIONAL INC.; ROGERS COMMUNICATIONS PARTNERSHIP; ROYAL BANK OF SCOTLAND; TATA CONSULTANCY SERVICES, LTD.; THOMSON REUTERS HEALTHCARE INC.; TIME WARNER CABLE, INC.; UNITED PARCEL SERVICE, INC.; UNITED SERVICES AUTOMOBILE ASSOCIATION; AND PURPOSE SOLUTIONS, LLC F/K/A VALUED SERVICES HOLDINGS, LLC

[PARTIES AND ADDITIONAL COUNSEL LISTED ON FOLLOWING PAGES]

April 13, 2011

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By *\/s/ David Eiseman*
David Eiseman

DAVID EISEMAN (CSB No. 114758)
davideiseman@quinnemanuel.com
JAMES JUDAH (CSB No. 257112)
jamesjudah@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile (415) 875-6700

Attorneys for Defendant
INTERNATIONAL BUSINESS MACHINES CORP.

April 13, 2011

FARELLA BRAUN & MARTEL LLP

By *\/s/ Stephanie P. Skaff*
Stephanie P. Skaff

STEPHANIE P. SKAFF (CSB NO. 183119)
sskaff@fbm.com
PAUL A. ALSDORF (CSB NO. 241168)
palsdorf@fbm.com
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendants
FISERV, INC., T-MOBILE USA, INC., AND VERISIGN, INC.

April 13, 2011

MORRISON & FOERSTER LLP

By *\/s/ Lynn M. Humphreys*
Lynn M. Humphreys

MICHAEL A. JACOBS (CSB NO. 111664)
mjacobs@mofo.com
LYNN M. HUMPHREYS (CSB NO. 168062)
lhumphreys@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Defendants
TEXAS INSTRUMENTS INC., WARNER MUSIC GROUP CORP., AND WELLS FARGO & CO. (SUCCESSOR IN INTEREST TO WACHOVIA CORP.)

April 13, 2011

DONGXIAO YUE

By */s/ Dongxiao Yue*
Dongxiao Yue

Plaintiff (Pro Se)

**ATTORNEY ATTESTATION**

Pursuant to General Order 45, I hereby attest that concurrence in the filing of this document has been obtained from the signatories indicated by a 'conformed' signature (/S/) within this e-filed document.

April 13, 2011

FENWICK & WEST LLP

By */s/ Jedediah Wakefield*
Jedediah Wakefield